UNITED STATES DISTRICT COURT

Northern District of California

DEVELOPMENT SPECIALISTS, INC.,

          Plaintiff(s),

  v.

R.E. LOANS, LLC.,

          Defendant(s).
_____/

No. C 10-0635 MHP (MEJ)

**NOTICE OF REFERENCE**

      The above-captioned case was referred to Magistrate Judge Maria-Elena James for resolution of Plaintiff's pending Motion for Right to Attach Order and Issuance of Writ of Attachment. (Dkt. #6.) Accordingly, the Court shall conduct a hearing on June 17, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Defendants shall file any opposition to Plaintiff's motion by May 27, 2010, and Plaintiff shall file any reply by June 3, 2010.

      When filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

      **IT IS SO ORDERED.**

Dated: May 10, 2010

                                                                   _____
                                                                   Maria-Elena James
                                                                   Chief United States Magistrate Judge