WILLIAM McGRANE (SBN 57761)
CHRISTOPHER D. SULLIVAN (SBN 148083)
WILLIAM J. WALRAVEN (SBN 262586)
McGRANE GREENFIELD LLP
1 Ferry Building, Suite 220
San Francisco, California  94111
Telephone: (415) 283-1776
Email: wmcgrane@mcgranegreenfield.com

Attorney for Plaintiff
Development Specialists, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEVELOPMENT SPECIALISTS, INC., an Illinois corporation,<br><br>                   Plaintiffs,<br><br>v.<br><br>R.E. LOANS, LLC, a California limited liability company; B-4 PARTNERS, LLC, a California limited liability company; and BAR-K, INC., a California corporation.<br><br>                   Defendants. | Case No:  3:10-cv-00635-MHP<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR PLAINTIFF TO FILE ITS REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR RIGHT TO ATTACH ORDER AND ISSUANCE OF WRIT OF ATTACHMENT<br><br>Local Rules 6-2, 7-12<br><br>Date:  Thursday, July 8, 2010<br>Time:  10:00 AM<br>Place:  Courtroom B, 15th Floor<br>Judge:  Hon. Maria-Elena James |

Page 1
Stipulation and [Proposed] Order Extending the Time for Plaintiff to File its Reply in Support of Plaintiff's Motion for Right to Attach Order and Issuance of Writ of Attachment
(11798)

Plaintiff Development Specialists, Inc. ("Plaintiff") and Defendants R.E. Loans, LLC, ("R.E. Loans"), B-4 Partners, LLC, ("B-4"), and Bar-K, Inc., ("Bar-K") (collectively "Defendants") hereby stipulate under Local Rules 6-2 and 7-12 as follows:

WHEREAS, the Court has continued the hearing on Plaintiff's Motion for Right to Attach Order ("RTAO Motion") from June 17, 2010 to July 8, 2010. (Docket no. 24.)

WHEREAS, the parties have agreed to extend the time for Plaintiff to file its Reply in support of its RTAO Motion from June 3, 2010 to June 24, 2010.

AND WHEREAS, there have been no prior continuances to the briefing schedule in this matter.

THEREFORE, the parties, by and through their respective counsel, hereby stipulate and agree, and request the Court to enter to following as an order of the Court:

The deadline for Plaintiff to file its Reply in support of its RTAO Motion shall be June 24, 2010.

Dated:  June 1, 2010                            McGRANE GREENFIELD LLP


                                                By:  /s/ Christopher D. Sullivan
                                                     Christopher D. Sullivan
                                                     Attorneys for Plaintiff

Dated:  June 1, 2010                            SCHEER LAW GROUP, LLP


                                                By:  /s/ Michael D. Imfeld
                                                     Michael D. Imfeld, Of Counsel
                                                     Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 3, 2010

                                                _____
                                                Hon. Maria-Elena James
                                                Chief United States Magistrate Judge