WILLIAM McGRANE (SBN 57761)
CHRISTOPHER D. SULLIVAN (SBN 148083)
MATTHEW R. SCHULTZ (SBN 220641)
WILLIAM J. WALRAVEN (SBN 262586)
TREPEL McGRANE GREENFIELD LLP
150 California Street, Suite 2200
San Francisco, California 94111
Telephone: (415) 283-1776
Email: wmcgrane@tmcglaw.com

Attorney for Plaintiff Development Specialists, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEVELOPMENT SPECIALISTS, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>R.E. LOANS, LLC, a California limited liability company; B-4 PARTNERS, LLC, a California limited liability company; and BAR-K, INC., a California corporation.<br><br>Defendants. | Case No: 3:10-cv-00635-MEJ<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |

WHEREAS, Plaintiff Development Specialists, Inc. ("Plaintiff") initiated this action on February 12, 2010 by filing a complaint against Defendants R.E. Loans, LLC, ("R.E. Loans"), B-4 Partners, LLC, ("B-4"), and Bar-K, Inc., ("Bar-K") (collectively, "Defendants") (Docket #1.)

1    WHEREAS, the Plaintiff and Defendants now wish to resolve their differences and
2    R.E. Loans has paid to the Plaintiff $180,000 and the Plaintiff has agreed to accept that
3    payment as a compromise of all sums due to the Plaintiff by the Defendants.
4    THEREFORE, the parties, by and through their respective counsel, hereby stipulate
5    and agree to the terms and conditions of the Settlement Agreement and Mutual Release
6    dated November 23, 2010, and request the Court enter final judgment as follows:
7    1.    This Court has jurisdiction pursuant to 28 U.S.C. § 1332 and venue is
8    appropriate pursuant to 28 U.S.C. 1391(a).
9    2.    The Complaint shall be and is hereby dismissed with prejudice against the
10   Defendants, with each party to bear its fees and costs in connection with the above-
11   captioned litigation.
12   3.    The parties have consented to the entry of this dismissal with prejudice
13   against the Defendants and agree to be bound by its terms.

Dated: November __, 2010          TREPEL McGRANE GREENFIELD LLP

                                  By: _____
                                      William McGrane
                                      Attorneys for Plaintiff

Dated: December 3, 2010           SCHEER LAW GROUP, LLP

                                  By: _____
                                      Michael D. Imfeld, Of Counsel
                                      Attorneys for Defendants

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: ~~November __, 2010~~
       December 7, 2010

                                  _____
                                  Hon. Maria-Elena James
                                  Chief United States Magistrate Judge